Chris Kitchel, OSB No. 81212
ckitchel@stoel.com
Leta E. Gorman, OSB No. 98401
legorman@stoel.com
STOEL RIVES LLP
900 SW Fifth Avenue, Suite 2600
Portland, OR 97204
Telephone: (503) 224-9429
Facsimile: (503) 220-2480

    Attorneys for Defendants Farmers Group, Inc., Farmers Insurance Exchange, Farmers Insurance Company, Inc. and Farmers Insurance Company of Oregon

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| LAURA KLEIN,<br><br>    Plaintiff,<br><br>v.<br><br>FARMERS GROUP, INC., a California corporation; FARMERS INSURANCE EXCHANGE, INC., a California corporation; FARMERS GROUP OF COMPANIES, a California corporation; FARMERS INSURANCE COMPANY, a California corporation; FARMERS INSURANCE OF OREGON, a California corporation; JOHN McHALE, an individual; and A through J Corporations, inclusive,<br><br>    Defendant. | Civil No. 02-CV-1451-HU<br><br>**AFFIDAVIT OF LETA E. GORMAN IN SUPPORT OF UNOPPOSED MOTION TO DISMISS DEFENDANT FARMERS GROUP OF COMPANIES** |

Page 1 - AFFIDAVIT OF LETA E. GORMAN IN SUPPORT OF UNOPPOSED MOTION TO DISMISS DEFENDANT FARMERS GROUP OF COMPANIES

STATE OF OREGON      )
                     ) ss.
County of Multnomah  )

I, Leta E. Gorman, being first duly sworn, do depose and state:

1. I am an attorney with the firm of Stoel Rives LLP, counsel for defendants Farmers Group, Inc., Farmers Insurance Exchange, Inc., Farmers Insurance Company, and Farmers Insurance of Oregon in the above-captioned matter.

2. In plaintiff's Complaint and First Amended Complaint, plaintiff names the entity Farmers Group of Companies, a California corporation, as a defendant.

3. Farmers Group of Companies is not now, nor has it ever been, a legal entity.

4. Attached as Exhibit A to this affidavit is a June 11, 2003 letter from Elizabeth A. McKanna, counsel for plaintiff, agreeing to the dismissal of this entity defendant.

*/s/ Leta E. Gorman*
Leta E. Gorman, OSB NO. 98401

SUBSCRIBED AND SWORN TO before me this 17th day of June, 2003.

OFFICIAL SEAL
KEVIN P MC KENZIE
NOTARY PUBLIC-OREGON
COMMISSION NO. 354025
MY COMMISSION EXPIRES APRIL 6, 2006

*/s/ Kevin P. McKenzie*
NOTARY PUBLIC FOR OREGON
My Commission Expires: 4-6-2006

Page 2  -  AFFIDAVIT OF LETA E. GORMAN IN SUPPORT OF UNOPPOSED MOTION
TO DISMISS DEFENDANT FARMERS GROUP OF COMPANIES

# McKanna | Bishop | Joffe  Attorneys

John S. Bishop, II
Elizabeth A. Joffe
Aruna A. Masih*
Elizabeth A. McKanna
Dana L. Sullivan*◊

*Also admitted in Washington
◊Also admitted in California

June 11, 2003

Leta Gorman
Stoel Rives, LLP
900 SW Fifth Avenue, Suite 2600
Portland OR 97204

    Re:    *Laura Klein v. Farmers Insurance, et al.*
            MBJ File No. 4566

Dear Leta:

    In response to your letter of June 9, 2003, we are willing to dismiss defendant Farmers' Group of Companies based on your representation that that designation does not refer to any legal entity in existence now or at any relative time to this matter.

                      Sincerely,

                      MCKANNA BISHOP JOFFE

                      Elizabeth A. McKanna

EAM:lf
F:\McKanna\Klein 4566\Gorman letter.wpd
cc:    Laura Klein

EXHIBIT  A
PAGE  1  OF  1

851 SW Sixth Avenue, Suite 1625, Portland, OR 97204  |  Phone: 503-226-6111  |  Fax: 503-226-6121  |  mbjlaw.com

CERTIFICATE OF SERVICE

I hereby certify that on June 17, 2003, I served a copy of the within **AFFIDAVIT OF LETA E. GORMAN IN SUPPORT OF UNOPPOSED MOTION TO DISMISS DEFENDANT FARMERS GROUP OF COMPANIES** by electronic service through the U.S. District Court of Oregon CM/ECF system, and by depositing in the United States Post Office at Portland, Oregon, a full, true and correct copy thereof addressed to the following attorney of record:

    Elizabeth A. McKanna                                 **Via CM/ECF & U.S. Mail**
    McKANNA BISHOP JOFFE
    851 SW Sixth Avenue, Suite 1625
    Portland, OR 97204

        Attorneys for Plaintiff

    John J. McHale                                             **Via U.S. First-Class Mail**
    PO Box 2153
    Blue Bell, PA 19422

        *Pro Se*

DATED: June 17, 2003.

                                                     STOEL RIVES LLP

                                                     /s/ Leta E. Gorman
                                                     _____
                                                     Chris Kitchel, OSB No. 81212
                                                     Leta E. Gorman, OSB No. 98401
                                                     Telephone: (503) 224-9429
                                                     Facsimile: (503) 294-9170
                                                     E-mail: ckitchel@stoel.com
                                                     E-mail: legorman@stoel.com

                                                     Attorneys for Defendants Farmers Group, Inc., Farmers Insurance Exchange, Farmers Insurance Company, Inc. and Farmers Insurance Company of Oregon

1 – CERTIFICATE OF SERVICE

Portlnd3-1440565.1 0045556-00022