**Elizabeth A. McKanna**, OSB No. 89306
E-mail: lmckanna@mbjlaw.com
MCKANNA BISHOP JOFFE & SULLIVAN LLP
1635 NW Johnson Street
Portland OR 97209
Telephone: (503) 226-6111
Facsimile: (503) 226-6121

Of Attorneys for Plaintiff Klein

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

LAURA KLEIN,

    Plaintiff,

v.

JOHN McHALE,

    Defendant.

Case No. CV-02-1451-MO

**JUDGMENT**

This action came on for trial before the Court and a jury, Honorable Michael W. Mosman, District Judge, presiding, and the issues having been duly tried and the jury having duly rendered its verdict, a copy of which is attached hereto, on plaintiff's claim for intentional infliction of severe emotional distress,

**IT IS ORDERED AND ADJUDGED** that plaintiff, Laura Klein, recover of defendant, John McHale:

(a) the sum of $5,789.71 in economic damages, with post-judgment interest thereon at the rate of 2.03 per cent from the date of entry of judgment until paid, as provided by law; and

(b) the sum of $102,000.00 in non-economic damages, with post-judgment interest thereon at the rate of 2.03 per cent from the date of entry of judgment until paid, as provided by law.

Page 1 - **JUDGMENT**

Dated at Portland, Oregon, this 27 day of September, 2004.

*[signature: Michael W. Mosman]*
MICHAEL W. MOSMAN, U. S. District Judge

SUBMITTED BY:

*[signature: Elizabeth McKanna]*
Elizabeth A. McKanna, OSB #89306
Attorney for Plaintiff

FILED '04 AUG 26 09:02 USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

LAURA KLEIN,

        Plaintiff,

v.

JOHN McHALE,

        Defendant

No. CV 02-1451-MO

VERDICT

We, the jury, answer the questions put to us as follows:

1. Do you find defendant McHale liable for damages caused by the infliction of severe emotional distress?

Yes __✓__   No _____ (Check one)

If yes, go to Question 2. If no, stop here.

2. (a) What is the total amount of economic damages, including lost wages and medical expenses, incurred by plaintiff as a result of the actions of defendant McHale?

$ 5789.71

(b) What is the total amount of noneconomic damages for pain and suffering which should be awarded to plaintiff as a result of the actions of defendant McHale?

$ 102,000.00

DATED this 25th day of August, 2004.

_____
PRESIDING JUROR
Steven Delach

## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing **JUDGMENT** on the following individual by depositing a true, full and exact copy thereof, with the United States Postal Service at Portland, Oregon, on August 31, 2004, enclosed in a sealed envelope, with postage paid, addressed to:

> John McHale
> PO Box 2153
> Blue Bell PA 19422

DATED this 31st day of August, 2004.

*Elizabeth McKanna*
_____
Elizabeth McKanna, OSB No. 89306
Of Attorneys for Plaintiff

X:\McKanna\Klein 4566\Pleadings\CertServ 26.wpd

Page 1 -   CERTIFICATE OF SERVICE

MCKANNA BISHOP JOFFE & SULLIVAN LLP
Attorneys
1635 NW Johnson Street
Portland, OR 97209
Telephone: (503)226-6111
FAX: (503)226-6121